**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DEON COLEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 04-4168-JPG** |
| vs. ) | |
| ) | **Judge J. Phil Gilbert** |
| **CARBONDALE CLINIC, S.C., and** ) | |
| **MARLA YVONNE FOUREZ, (in both** ) | |
| **her individual and official capacities),** ) | |
| ) | |
| **Defendants.** ) | |

**STIPULATED PROTECTIVE ORDER**

The Court, having reviewed the parties Joint Motion for Stipulated Protective Order hereby finds that the motion (Doc. No. 17) is GRANTED. Good cause exists for the entry of this order, AS MODIFIED.

Subject to further order of this Court, the following procedures shall govern the production and use of all confidential documents, testimony and all other such information given by any of the parties in discovery in the above-captioned civil action (hereinafter "Action"):

1.  Subject to the agreement of all parties to this Action any document, testimony or other information, or any portion thereof, produced by any party in this action may be designated by any party to this Act as "Confidential" (such information is referred to hereafter as "Confidential Information").

2.  Designation of Confidential Information in the case of documents subject to the agreement of all other parties may be obtained by any one of the following means: (a) stamping such documents with the legend, "CONFIDENTIAL"; or (b) sending written notice designating any documents produced by any other party as "Confidential" within fourteen (14) days of receipt of such documents.

3. All Confidential Information shall be kept in the offices of counsel for the parties to this action and in the custody of one or more attorneys for those parties; provided, however, that copies of any such Confidential Information can be provided to persons to whom disclosure is authorized hereunder. All Confidential Information shall be used by the parties solely for the purposes of preparing for and conducting the Action and not for the purpose of any other action, case or proceedings, or any other purpose, and only as provided in this Stipulation and Order.

4. Confidential Information, including information derived therein, shall not be disclosed in any manner to any person or entity except:

    a. the parties herein and their respective attorneys of record and in-house corporate counsel, attorneys or counsel to provide legal advice with respect to this Act, and clerical, paralegal and secretarial staff employed by such attorneys and counsel who need to review such information in connection with the Action;

    b. officers, directors or employees of an entity, including all potential witnesses in the action and their attorneys (whether or not such potential witnesses actually testify or participate in any proceeding in the Action), assisting in the evaluation, prosecution or defense of this Action, provided that such persons are first given a copy of this Order and execute the Acknowledgment of Confidentiality, annexed hereto, which Acknowledgment shall be retained by counsel for the party contacting or calling any such potential witness;

    c. consultants or experts assisting a party in the evaluation, prosecution or defense of the Action, provided that such persons are given a copy of this Order and execute the Acknowledgment of Confidentiality, annexed hereto, which Acknowledgment shall be retained by counsel for the party employing such consultant or expert herein; or provided that such individuals agree, under oath, to be bound by this Order;

      d.    court reporters or stenographers employed in connection with the Action; and

      e.    ~~the Court or otherwise as required by law; provided that any Confidential Information filed with the Court is filed enclosed in a sealed envelope marked "CONFIDENTIAL-FILED UNDER SEAL", and further provided that such Confidential Information remains under seal until such time as the Court orders otherwise~~.

    5.    Within thirty (30) days after the termination of the Action, the party to whom any Confidential Information has been produced shall return all such Confidential Information and all copies thereof to the party who designated any such information as "Confidential" ("the designating party") or certify in writing to the attorney for the designating party that Confidential Information has been returned to the party providing such documents and/or that the Confidential Information has been destroyed.   The parties hereby agree that the Court may retain jurisdiction of the matter in regard to the enforcement of the confidentiality provisions mutually agreed to by the parties herein.

    **ITS IS SO ORDERED.**

    **Dated:**   **May 26, 2005**          *s/ Philip M. Frazier*
                                                  **HON. PHILIP M. FRAZIER**
                                                  **UNITED STATES MAGISTRATE JUDGE**