# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEON COLEMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 04-CV-4168-JPG |
| | ) |
| **CARBONDALE CLINIC, S.C., and** | ) |
| **MARLA YVONNE FOUREZ, (in both** | ) |
| **her individual and official capacities),** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:** January 4, 2006

**NORBERT JAWORSKI, CLERK**

**s/Judith Prock**
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**